1  Catherine S. Nasser (State Bar No. 246191)
   cnasser@JonesDay.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:	+1.415.626.3939
4  Facsimile:	+1.415.875.5700

5  Donald J. Munro (State Bar No. 453600) (admitted *pro hac vice*)
6  dmunro@jonesday.com
   JONES DAY
7  51 Louisiana Avenue, NW
   Washington, DC 20001
8  Telephone:	+1.202.879.3922
   Facsimile:	+1.202.626.1700
9
   Attorneys for Plaintiffs
10 NATIONAL RAILROAD PASSENGER
   CORPORATION, BNSF RAILWAY COMPANY,
11 UNION PACIFIC RAILROAD COMPANY, AND
   LOS ANGELES JUNCTION RAILWAY
12
   ADDITIONAL COUNSEL ON SIGNATURE PAGE

13

14

15                    UNITED STATES DISTRICT COURT

16                   EASTERN DISTRICT OF CALIFORNIA

17                         SACRAMENTO DIVISION

| | |
|---|---|
| 18  **NATIONAL RAILROAD PASSENGER CORPORATION (D/B/A AMTRAK),** | **Case No. 2:15-cv-00924-WBS-EFB** |
| 19  **BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, and** | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO FILE** |
| 20  **LOS ANGELES JUNCTION RAILWAY** | **SECOND AMENDED COMPLAINT** |
| 21               **Plaintiffs,** | |
| 22        **v.** | |
| 23  **STATE OF CALIFORNIA, STATE OF CALIFORNIA DIVISION OF LABOR** | |
| 24  **STANDARDS ENFORCEMENT, and JULIE SU, in her official capacity as Labor** | |
| 25  **Commissioner, State of California Division of Labor Standards Enforcement,** | |
| 26               **Defendants.** | |

27

28

---

JOINT STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT

Plaintiffs National Railroad Passenger Corporation (d/b/a Amtrak), BNSF Railway Company, Union Pacific Railroad Company, and Los Angeles Junction Railway (collectively, "Plaintiffs") and Defendants the State of California, the State of California Division of Labor Standards Enforcement, and Julie Su, in her official capacity as Labor Commissioner (collectively, "Defendants"), hereby stipulate to allow Plaintiffs to file a Second Amended Complaint in this Action.

Dated: July 23, 2015        JONES DAY

By: /s/ Catherine S. Nasser
Catherine S. Nasser
Donald J. Munro

Attorneys for Plaintiffs
NATIONAL PASSENGER RAILROAD CORPORATION, BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, AND LOS ANGELES JUNCTION RAILWAY

Dated: July 23, 2015        KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

By: /s/ Rei R. Onishi (As Authorized on July 23, 2015)
Rei R. Onishi

Attorneys for Defendants
STATE OF CALIFORNIA, STATE OF CALIFORNIA DIVISION OF LABOR STANDARDS ENFORCEMENT, and JULIE SU, in her official capacity as Labor Commissioner

1  **ORDER**

2     IT IS SO ORDERED.

3

4  Dated: July 24, 2015

5  _____
   WILLIAM B. SHUBB
6  UNITED STATES DISTRICT JUDGE

7  NAI-1500452452v1