Catherine S. Nasser (State Bar No. 246191)
cnasser@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   +1.415.626.3939
Facsimile:   +1.415.875.5700

Donald J. Munro (State Bar No. 453600) (admitted *pro hac vice*)
dmunro@jonesday.com
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:   +1.202.879.3922
Facsimile:   +1.202.626.1700

Attorneys for Plaintiffs
NATIONAL RAILROAD PASSENGER
CORPORATION, BNSF RAILWAY COMPANY,
UNION PACIFIC RAILROAD COMPANY, AND
LOS ANGELES JUNCTION RAILWAY

ADDITIONAL COUNSEL ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION (D/B/A AMTRAK), BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, and LOS ANGELES JUNCTION RAILWAY**<br><br>**Plaintiffs,**<br><br>v.<br><br>**STATE OF CALIFORNIA, STATE OF CALIFORNIA DIVISION OF LABOR STANDARDS ENFORCEMENT, and JULIE SU, in her official capacity as Labor Commissioner, State of California Division of Labor Standards Enforcement,**<br><br>**Defendants.** | **Case No. 2:15-cv-00924-WBS-EFB**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS FOR NINETY DAYS** |

Plaintiffs National Railroad Passenger Corporation (d/b/a Amtrak), BNSF Railway Company, Union Pacific Railroad Company, and Los Angeles Junction Railway (collectively, "Plaintiffs") and Defendants the State of California, the State of California Division of Labor Standards Enforcement, and Julie Su, in her official capacity as Labor Commissioner (collectively, "Defendants"), hereby request and jointly stipulate to stay of all proceedings in this case for a period of ninety (90) days.

**Recitals**

**WHEREAS** Plaintiffs and Defendants (collectively, "the Parties") are actively engaged in settlement negotiations and would like the opportunity to continue those discussions before advancing litigation further and potentially wasting judicial resources;

**WHEREAS** "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its own docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). "[T]he law favors and encourages compromise settlements," *Ahern v. Cent. Pac. Freight Lines*, 846 F.2d 47, 48 (9th Cir. 1988), and courts routinely order stays to facilitate settlement efforts. *See, e.g.*, 13B Charles A. Wright, et al., Federal Practice & Procedure § 3533.2 (2009) ("[A] court may stay proceedings if the parties are working toward settlement . . . .");

**WHEREAS** the Parties agree that a stay is desirable both to facilitate their settlement efforts and to conserve judicial resources. *See White v. Novartis Pharm. Corp.*, No. 06-cv-00665, 2006 WL 1409556, at *1 (E.D. Cal. May 22, 2006) ("[B]ecause the parties appear to be in agreement that a stay is warranted, or at least acceptable, the court sees no reason not to exercise its inherent power to issue one.");

**NOW, THEREFORE**, for the foregoing reasons, the Parties jointly stipulate that it is in the interests of all concerned and will promote judicial economy to stay this case in its entirety as set forth below, or on such other terms as the Court may order:

1. This case shall be stayed and all associated dates and deadlines vacated. The stay shall remain in effect for a period of 90 days.

2. Within the 90-day stay period, the Parties shall meet and confer in good faith to explore settlement.

3. Should the case be resolved, the Parties will notify the Court promptly by filing appropriate dispositional documents.

4. Should the case not be resolved, the Parties will notify the Court at the close of the 90-day period so that the Court may issue a new scheduling order.

Dated: July 23, 2015    JONES DAY

By: /s/ Catherine S. Nasser
Catherine S. Nasser
Donald J. Munro

Attorneys for Plaintiffs
NATIONAL PASSENGER RAILROAD CORPORATION, BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, AND LOS ANGELES JUNCTION RAILWAY

Dated: July 23, 2015    KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

By: /s/ Rei R. Onishi (as authorized July 22, 2015)
Rei R. Onishi

Attorneys for Defendants
STATE OF CALIFORNIA, STATE OF CALIFORNIA DIVISION OF LABOR STANDARDS ENFORCEMENT, and JULIE SU, in her official capacity as Labor Commissioner

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS FOR NINETY DAYS

# ORDER

Pursuant to the joint stipulation of the Parties:

1. This case shall be stayed and all associated dates and deadlines vacated. The stay shall remain in effect for a period of 90 days.

2. Within the 90-day stay period, the Parties shall meet and confer in good faith to explore settlement.

3. Should the case be resolved, the Parties will notify the Court promptly by filing appropriate dispositional documents.

4. Should the case not be resolved, the Parties will notify the Court at the close of the 90-day period so that the Court may issue a new scheduling order.

**IT IS SO ORDERED.**

DATED: JULY 28, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE