1  Catherine S. Nasser (State Bar No. 246191)
   cnasser@JonesDay.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     +1.415.626.3939
4  Facsimile:     +1.415.875.5700

5  Donald J. Munro (State Bar No. 453600) (admitted *pro hac vice*)
6  dmunro@jonesday.com
   JONES DAY
7  51 Louisiana Avenue, NW
   Washington, DC 20001
8  Telephone:     +1.202.879.3922
   Facsimile:     +1.202.626.1700

9
   Attorneys for Plaintiffs
10 NATIONAL RAILROAD PASSENGER
   CORPORATION, BNSF RAILWAY COMPANY,
11 UNION PACIFIC RAILROAD COMPANY, AND
   LOS ANGELES JUNCTION RAILWAY
12
   ADDITIONAL COUNSEL ON SIGNATURE PAGE
13

14
                    UNITED STATES DISTRICT COURT
15
                   EASTERN DISTRICT OF CALIFORNIA
16
                       SACRAMENTO DIVISION
17

18 **NATIONAL RAILROAD PASSENGER**          **Case No. 2:15-cv-00924-WBS-EFB**
   **CORPORATION (D/B/A AMTRAK),**
19 **BNSF RAILWAY COMPANY, UNION**
   **PACIFIC RAILROAD COMPANY, and**
20 **LOS ANGELES JUNCTION RAILWAY**

21          **Plaintiffs,**                  **JOINT STATUS REPORT; ORDER**

22          **v.**

23 **STATE OF CALIFORNIA, STATE OF**
   **CALIFORNIA DIVISION OF LABOR**
24 **STANDARDS ENFORCEMENT, and**
   **JULIE SU, in her official capacity as Labor**
25 **Commissioner, State of California Division**
   **of Labor Standards Enforcement,**
26
            **Defendants.**
27

28

_____
                        JOINT STATUS REPORT

On October 22, 2015, the Court issued a order [Dkt. No. 5] extending a stay of all proceedings in the above-captioned matter to allow the parties to continue ongoing settlement efforts. Since then, the parties – including Plaintiffs National Railroad Passenger Corporation (d/b/a Amtrak), BNSF Railway Company, Union Pacific Railroad Company, and Los Angeles Junction Railway (collectively, "Plaintiffs") and Defendants the State of California, the State of California Division of Labor Standards Enforcement, and Julie Su, in her official capacity as Labor Commissioner (collectively, "Defendants") – have had a series of discussions in an attempt to resolve the underlying dispute. In addition, the parties have exchanged a substantial amount of information, including responses to informal document requests and written questions. The parties' most recent discussions were on January 25, 2016.

Despite these negotiations, including substantial good faith efforts by both sides, the parties have not yet found a solution that is mutually acceptable. They are continuing to talk. In the meantime, in accordance with the terms of the Court's previous order, the parties jointly request that the Court issue a new scheduling order. A proposed order is attached.

Respectfully submitted,

Dated: January 28, 2016                    JONES DAY

                                           By: /s/ Catherine S. Nasser
                                           Catherine S. Nasser
                                           Donald J. Munro

                                           Attorneys for Plaintiffs
                                           NATIONAL PASSENGER RAILROAD CORPORATION,
                                           BNSF RAILWAY COMPANY, UNION PACIFIC
                                           RAILROAD COMPANY, AND LOS ANGELES
                                           JUNCTION RAILWAY

1

Dated: January 28, 2016

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

2

3

4

By: /s/ Peter Chang

Peter Chang

5

6

Attorneys for Defendants
STATE OF CALIFORNIA, STATE OF CALIFORNIA
DIVISION OF LABOR STANDARDS ENFORCEMENT,
and JULIE SU, in her official capacity as Labor
Commissioner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

JOINT STATUS REPORT

**ORDER**

Pursuant to the provisions of Federal Rule of Civil Procedure 16 and the previous orders of this Court:

1.  A Status (Pretrial Scheduling) Conference is set for **<u>March 28, 2016 at 1:30 p.m.</u>** before the undersigned judge in **<u>Courtroom  5</u>**.

2.  A Joint Status Report shall be filed no later than **<u>March 14, 2016</u>** in accordance to the previous orders as outlined in the Court's Order Re:  Status (Pretrial Scheduling) Conference filed April 29, 2015 (Docket No. 3).  All other provisions of this Court's previous Scheduling Order [Dkt. No. 3] shall apply as previously stated.

3. The stay of this action is lifted.


**IT IS SO ORDERED.**


Dated:  January 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT