UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (dba AMTRAK); BNSF RAILWAY COMPANY; UNION PACIFIC RAILROAD COMPANY; LOS ANGELES JUNCTION RAILWAY; TTX COMPANY; and CENTRAL CALIFORNIA TRACTION COMPANY,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA; STATE OF CALIFORNIA DIVISION OF LABOR STANDARDS ENFORCEMENT; and JULIE SU, in her official capacity as Labor Commissioner, State of California Division of Labor Standards Enforcement,<br><br>    Defendants. | CIV. NO. 2:15-00924 WBS EFB |

----oo0oo----

Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Chevron

1

Corporation.

   IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated:  March 21, 2016

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE