UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (D/B/A AMTRAK), BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, LOS ANGELES JUNCTION RAILWAY, TTX COMPANY, and CENTRAL CALIFORNIA TRACTION COMPANY, <br><br>Plaintiffs, <br><br>v. <br><br>JULIE SU, in her official capacity as Labor Commissioner, State of California Division of Labor Standards Enforcement, <br><br>Defendant. | No. 2:15-cv-0924-KJM EFB <br><br><u>ORDER GRANTING PLAINTIFFS LEAVE TO FILE FOURTH AMENDED COMPLAINT</u> |

Plaintiffs move for leave to file a Fourth Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). Mot. at 3, ECF No. 75. Plaintiffs represent that "[t]his motion is filed with the written consent of Defendant Julie Su, in her official capacity as Labor Commissioner ("Defendant"), and the Union-Intervenors." *Id.* Plaintiffs state, "Written consent was provided by all counsel for the Defendant and Union-Intervenors on November 8 and 9, 2017." *Id.* at 4. Indeed, the court observes that the parties stipulated to "November 14, 2017" as the date for "Plaintiffs to file Fourth Amended Complaint." Proposed Schedule at 3, ECF No. 74.

1

In that stipulation, the parties state that "the Railroads propose to move, without opposition from any party, for leave to file a Fourth Amended Complaint." *Id.* at 2.

Federal Rule of Civil Procedure 15(a)(2) permits a party to "amend its pleading only with the opposing party's written consent or the court's leave." The court finds that plaintiffs have the opposing parties' written consent based on the stipulated Proposed Schedule. ECF No. 74. Although the court's leave is not necessary, the court GRANTS leave for plaintiffs to file a fourth amended complaint.

The clerk of the court shall file the contents of Exhibit A to plaintiffs' motion, ECF No. 75-1, as the Fourth Amended Complaint For Declaratory Relief in this case.

IT IS SO ORDERED.

DATED: November 22, 2017.

UNITED STATES DISTRICT JUDGE