| | |
|---|---|
| 1 | Kelsey A. Israel-Trummel |
| | kitrummel@jonesday.com |
| 2 | JONES DAY |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: +1.415.626.3939 |
| 4 | Facsimile: +1.415.875.5700 |
| 5 | Donald J. Munro (admitted *pro hac vice*) |
| | dmunro@jonesday.com |
| 6 | JONES DAY |
| | 51 Louisiana Avenue, NW |
| 7 | Washington, DC 20001 |
| | Telephone: +1.202.879.3922 |
| 8 | Facsimile: +1.202.626.1700 |

Attorneys for Plaintiffs
NATIONAL RAILROAD PASSENGER
CORPORATION, BNSF RAILWAY COMPANY,
UNION PACIFIC RAILROAD COMPANY, LOS
ANGELES JUNCTION RAILWAY, TTX
COMPANY, AND CENTRAL CALIFORNIA
TRACTION COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (D/B/A AMTRAK), BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, LOS ANGELES JUNCTION RAILWAY, TTX COMPANY, and CENTRAL CALIFORNIA TRACTION COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>JULIE SU, in her official capacity as Labor Commissioner, State of California Division of Labor Standards Enforcement,<br><br>Defendant. | Case No. 2:15-cv-00924-KJM-EFB<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINE** |

Pursuant to Local Rule 143, Plaintiffs National Railroad Passenger Corporation (d/b/a Amtrak), BNSF Railway Company, Union Pacific Railroad Company, Los Angeles Junction Railway, TTX Company, and Central California Traction Company, Defendant Julie Su, and the Union-Intervenors[1] hereby submit this joint stipulation and proposed order for an extension of the discovery deadline. Per the Court's Status (Pretrial Scheduling) Order (Phase Two), Dkt. No. 78, discovery concerning Phase Two of this litigation is scheduled to close on March 16, 2018. The parties jointly request an extension of that deadline until March 30, 2018. The parties have not previously sought any extensions of discovery in Phase Two of this litigation. The parties do not anticipate that any other deadlines will be affected by this extension.

---

[1] The Transportation Division of the International Association of Sheet Metal, Air, Rail and Transportation Workers; Mechanical Division of the International Association of Sheet Metal, Air, Rail and Transportation Workers; Brotherhood of Locomotive Engineers and Trainmen; International Brotherhood of Electrical Workers; National Conference of Firemen & Oilers District of Local 32BJ, Service Employees International Union (SEIU); Brotherhood of Railroad Signalmen; and Brotherhood of Maintenance of Way Employees Division/International Brotherhood of Teamsters.

Respectfully submitted,

Dated: March 6, 2018    JONES DAY

By: */s/ Kelsey Israel-Trummel*
Kelsey Israel-Trummel
Donald J. Munro
Attorneys for Plaintiffs
NATIONAL PASSENGER RAILROAD CORPORATION, BNSF RAILWAY COMPANY, UNION PACIFIC RAILROAD COMPANY, LOS ANGELES JUNCTION RAILWAY, TTX COMPANY AND CENTRAL CALIFORNIA TRACTION COMPANY

Dated: March 6, 2018    XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

By: */s/ Peter Chang (as authorized on March 5, 2018)*
Peter Chang
455 Golden Gate Ave.
Suite 11000
San Francisco, CA 94102
Tel: (415) 510-3776
Fax: (415) 703-1234
peter.chang@doj.ca.gov
Attorneys for Defendant
JULIE SU, in her official capacity as Labor Commissioner

Dated: March 6, 2018    UNION-INTERVENORS

By: /s/ *Matthew J. Gauger (as authorized March 5, 2018)*
Matthew J. Gauger
Weinberg Roger & Rosenfeld, PC
428 J Street
Suite 520
Sacramento, CA 95814-2341
(916) 443-6600
Fax: (916) 442-0244
mgauger@unioncounsel.net

Dated: March 6, 2018    SMART-TD

By: */s/ Erika Diehl-Gibbons (as authorized March 5, 2018)*
Erika A. Diehl-Gibbons

JOINT STIPULATION AND ORDER FOR
EXTENSION OF DISCOVERY DEADLINE
Case No. 2:15-cv-00924-KJM-EFB
3

|     |     |     |
| --- | --- | --- |
| 1   |     | Kevin C. Brodar |
| 2   |     | SMART-TD |
|     |     | 24950 Country Club Blvd., Ste. 340 |
| 3   |     | North Olmsted, OH 44070 |
|     |     | Tel: (216) 228-9400 |
| 4   |     | Fax: (216) 228-0937 |
|     |     | ediehl@smart-union.org |
| 5   |     | kbrodar@smart-union.org |
| 6   |     | Attorneys for Intervenor Plaintiff |
|     |     | TRANSPORTATION DIVISION OF THE |
| 7   |     | INTERNATIONAL ASSOCIATION OF SHEET METAL, |
|     |     | AIR, RAIL AND TRANSPORTATION WORKERS |
| 8   |     |     |
|     | Dated: March 6, 2018 | ZWERDLING, PAUL, KAHN & WOLLY, P.C. |
| 9   |     |     |
| 10  |     | By: */s/ Michael S. Wolly (as authorized on March 5, 2018)* |
|     |     | Michael S. Wolly |
| 11  |     | 1025 Connecticut Avenue NW Ste. 712 |
|     |     | Washington, DC 20036 |
| 12  |     | Tel: (202) 857-5000 |
|     |     | Fax: (202) 223-8417 |
| 13  |     | mwolly@zwerdling.com |
| 14  |     | Attorney for Intervenor Plaintiffs |
|     |     | BROTHERHOOD OF LOCOMOTIVE ENGINEERS AND |
| 15  |     | TRAINMEN, NATIONAL CONFERENCE OF FIREMEN |
|     |     | & OILERS DISTRICT OF LOCAL 32BJ, SEIU, and |
| 16  |     | INTERNATIONAL BROTHERHOOD OF ELECTRICAL |
|     |     | WORKERS |
| 17  |     |     |
| 18  | Dated: March 6, 2018 | MOONEY, GREEN, SAINDON, MURPHY AND WELCH PC |
| 19  |     |     |
|     |     | By: */s/ Richard Edelman (as authorized on March 5, 2018)* |
| 20  |     | Richard Edelman |
|     |     | 1920 L Street NW, Suite 400 |
| 21  |     | Washington, D.C. 20036 |
| 22  |     | Tel: (202) 783-0010 |
|     |     | Fax: (202) 783-6088 |
| 23  |     | Redelman@Mooneygreen.com |
|     |     | Attorney for Intervenor Plaintiffs |
| 24  |     | BROTHERHOOD OF RAILROAD SIGNALMEN, |
|     |     | BROTHERHOOD OF MAINTENANCE OF WAY |
| 25  |     | EMPLOYEES DIVISION/IBT, and MECHANICAL |
| 26  |     | DIVISION OF THE INTERNATIONAL ASSOCIATION |
|     |     | OF SHEET METAL, AIR, RAIL AND |
| 27  |     | TRANSPORTATION WORKERS |
| 28  |     |     |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties have until March 30, 2018 to complete discovery in Phase Two of this litigation.

DATED: March 8, 2018.

_____
UNITED STATES DISTRICT JUDGE