1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  PETER H. CHANG, State Bar No. 241467
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 510-3776
     Fax:  (415) 703-1234
6    E-mail:  Peter.Chang@doj.ca.gov
   *Attorneys for Defendant Julie Su, in her official
7  capacity as California Labor Commissioner*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NAT'L RAILROAD PASSENGER CORPORATION, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **JULIE SU, in her official capacity as Labor Commissioner, State of California Division of Labor Standards Enforcement,** <br><br> Defendant, <br><br> **and** <br> **TRANSPORTATION DIVISION OF THE INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, et al.,** <br><br> Intervenors. | No. 2:15-CV-00924-KJM-EFB <br><br> **JOINT PROPOSED SCHEDULE FOR SUPPLEMENTAL BRIEFING AND ORDER** |

As directed by the Court on September 5, 2018 (ECF No. 92), the parties have met and conferred on a proposed schedule for submitting supplemental briefing on the Ninth Circuit's recent decision in *Board of Trustees v. Chambers*, No. 16-15588, slip op. (9th Cir. Sept. 4, 2018). The parties jointly propose that each side that wishes to submit supplemental briefing on the *Chambers* case should submit a 3-page letter brief within 10 days of the Court entering an order permitting the parties to submit such supplemental briefing. Thereafter, the parties' cross-motions for summary judgment will be submitted.

Respectfully submitted,

Dated: September 12, 2018

XAVIER BECERRA
Attorney General of California

By: */s/ Peter Chang*
Peter Chang
Attorneys for Defendant
Julie Su, in her official capacity as Labor Commissioner

Dated: September 12, 2018

SMART-TD

By: */s/ Erika Diehl-Gibbons* (as authorized on Sept. 12, 2018)
Erika A. Diehl-Gibbons
Kevin C. Brodar
Attorneys for Intervenor
Transportation Division of the
International Association of Sheet Metal, Air, Rail and Transportation Workers

Dated: September 12, 2018

ZWERDLING, PAUL, KAHN & WOLLY, P.C.

By: */s/ Michael S. Wolly* (as authorized on Sept. 12, 2018)
Michael S. Wolly
Attorney for Intervenors
Brotherhood of Locomotive Engineers and Trainmen, National Conference of Firemen & Oilers District of Local 32BJ, SEIU, and International Brotherhood of Electrical Workers

Joint Schedule for Supp. Br.
Case No. 2:15-cv-00924-KJM-EFB

Dated: September 12, 2018  MOONEY, GREEN, SAINDON, MURPHY AND WELCH PC

By: */s/ Richard Edelman* (as authorized on Sept. 11, 2018)
Richard Edelman
Attorney for Intervenors
Brotherhood of Railroad Signalmen,
Brotherhood of Maintenance of Way Employees Division/IBT, and Mechanical Division of the International Association of Sheet Metal, Air, Rail and Transportation Workers

Dated: September 12, 2018  JONES DAY

By: */s/ Donald J. Munro* (as authorized on Sept. 12, 2018)
Donald J. Munro
Kelsey Israel-Trummel
*Attorneys for Plaintiffs*

ORDER

Pursuant to the Joint Proposed Schedule, IT IS ORDERED that each side may submit a 3-page supplemental letter brief specifically addressing the impact, if any, of *Board of Trustees v. Chambers*, No. 16-15588, slip op. (9th Cir. Sept. 4, 2018) on the pending cross-motions for summary judgment. The supplemental letter briefs may be submitted no later than 10 days after the entry of this order.

DATED: September 13, 2018.

_____
UNITED STATES DISTRICT JUDGE